UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GREGORY J. GALLANT et al.,<br>Plaintiffs,<br><br>v.<br><br>JON A. GALLANT et al.,<br>Defendants. | Case No. 22-10744<br>Honorable Shalina D. Kumar<br>Magistrate Judge David R. Grand |

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 9) AND DISMISSING CASE**

*Pro se* plaintiff Gregory J. Gallant filed this complaint on March 30, 2022 against defendants Jon A. Gallant, Jr., Thomas P. Gallant, Sheila Gallant Mitchell, and Edison B. Hass. ECF No. 1. This Court granted Gallant permission to proceed *in forma pauperis*. ECF No. 4. The case was referred to the magistrate judge for all pretrial matters pursuant to 28 U.S.C. § 636(b). ECF No. 8.

On October 3, 2022, the magistrate judge issued a Report and Recommendation (R&R). ECF No. 9. The R&R recommends that the Court **DISMISS** Gallant's complaint *sua sponte* for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)B).

No party has filed an objection to the R&R. The failure to object to conclusions in the magistrate judge's report releases the Court from its duty to independently review those issues. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985).

The Court has reviewed the record and **ADOPTS** the R&R as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that this case is **DISMISSED**.

Dated: November 8, 2022

s/Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge